**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MURRAY PAUL FARMER and DRC, INC., an Alabama corporation,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil Action No. 25-00418-KD-MU** |
| **RIXI RAMONA MONCADA GODOY, individually and in her capacity as Minister of Finance of the Republic of Honduras and Democratic Socialist Candidate for President of Honduras, *et al.*** | ) | |
| **Defendants.** | ) | |

**ORDER**

This action is before the Court on Plaintiffs' Counsel Clifford C. Sharpe's Motion to Withdraw (Doc. 24). Previously, the Court held the Motion to Withdraw in abeyance, giving the Plaintiffs time to obtain new counsel. (See Doc. 28). Now, upon further consideration, the Court will **GRANT** the Motion to Withdraw.

On October 16, 2025, the Complaint identified Willie J. Huntley, Jr. alone as counsel for the Plaintiffs. (See Doc. 1). But, on December 12, Clifford C. Sharpe appeared as co-counsel for the Plaintiffs. (Doc. 17). Sometime between December 2025 and March 2026, Sharpe and Plaintiff Murray Farmer learned that Huntley had been suspended from the practice of law and was thus unable to represent the Plaintiffs in this action. (Docs. 24, 25). On March 10, Sharpe moved to withdraw as counsel for the Plaintiffs, (Doc. 24), and Farmer requested an extension of time to obtain new counsel, (Doc. 25). At that time, the Court held Sharpe's motion in abeyance and granted Farmer an extension of 45 days to obtain new counsel. (Doc. 28).

But circumstances quickly changed. On March 17, Farmer traveled to Honduras, where he was arrested and detained. (Doc. 29 at 2) He has remained detained in Honduras ever since. (See, e.g., Doc. 40 at 1). During that time, the Court has granted Farmer three extensions, (Doc. 28 at 2; Doc. 37 at 5; Doc. 41 at 2), giving Farmer more than six months to obtain new counsel. But, due to his detention in Honduras, Farmer indicates that he has been unable to do so. (Doc. 40 at 1–2).

During those six months, while litigation has proceeded with Farmer representing himself pro se, Sharpe has not made any attempt to represent the Plaintiffs. On the same day that Sharpe told the Court that he "did not agree to represent Plaintiffs on the merits of the case," (Doc. 24), Farmer told the Court that "Plaintiffs are presently unrepresented," seemingly agreeing that Sharpe did not represent him. (Doc. 25 at 1).

Considering that (1) in the six months that the Court has given them for this purpose, the Plaintiffs have not obtained new counsel; (2) Farmer has been indefinitely detained in Honduras; and (3) as the Court will explain in a separate order, this action is due to be transferred to the District of Columbia—the Court concludes that it is futile to hold Sharpe's Motion to Withdraw in abeyance any longer.

Accordingly, the Motion to Withdraw (Doc. 24) is **GRANTED**. By order of the Court, in accordance with S.D. Ala. Gen. L. R. 83.3(h), Clifford C. Sharpe is **PERMITTED to withdraw from representation** of Plaintiffs Murray Farmer and DRC, Inc.

**DONE** and **ORDERED** this the **28th** day of **September 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**